IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID W. KINNEY                                                                  PLAINTIFF

v.                          Civil No. 06-5101

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                                   DEFENDANT

## O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. After review, it is found that plaintiff is unable to pay for the costs for commencement of suit and, accordingly, the following order is entered this 2nd day of June 2006:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is granted. The clerk is hereby directed to file the complaint *nunc pro tunc* as of May 31, 2006. Additionally, the court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the defendant, Jo Anne B. Barnhart, Commissioner, Social Security Administration, as well as Alberto R. Gonzales, U.S. Attorney General, and Mark Webb, Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 0 6 2006

CHRIS R. JOHNSON, CLERK
BY
            DEPUTY CLERK

HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)